UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-4478(DSD/JSM)

Terry E. Schaffner,

        Petitioner,

v.                                          **ORDER**

W. I. LeBlanc,

        Respondent.

This matter is before the court upon petitioner's objections to the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 19, 2005. In her report, the magistrate judge recommended that petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied.

The court reviews the reports and recommendations of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). The magistrate judge provided a thorough analysis and correctly concluded that the Bureau of Prisons properly calculated the number of days of good time credit petitioner is entitled to pursuant to 18 U.S.C. § 3624(b)(1). See James v. Outlaw, No. 04-2686, 2005 WL 677769 (8th Cir. Mar. 24, 2005) (BOP regulation is reasonable interpretation of section 3624(b)). Petitioner objects and asserts the same arguments made before the magistrate judge. The court finds his arguments unpersuasive. Therefore, after a de novo review of the file and record, the court adopts the report and

recommendation in its entirety.  Accordingly, **IT IS HEREBY ORDERED** that:

    1.   Petitioner's application for writ of habeas corpus [Docket No. 1] is denied.

    2.   This action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 5, 2005

                                                   <u>s/David S. Doty</u>
                                                   David S. Doty, Judge
                                                   United States District Court